EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI    #2286
Chief, Narcotics Section

THOMAS C. KOENIG    #3704
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 356-4402
Facsimile: (808) 356-4499
tkoenig@HI-HIDTA.org

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 06 2004

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICHARD ADKINS,    (01)<br><br>    Defendant. | Cr. No. CR04-00383 HG<br><br>INDICTMENT<br>[21 U.S.C. Sections 860(a),<br> 841(a)(1), 841(b)(1)(C)] |

INDICTMENT

<u>COUNT 1</u>

The Grand Jury charges that:

On or about January 21, 2004, in the District of Hawaii, Defendant, RICHARD ADKINS, knowingly and intentionally distributed approximately 0.085 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its


SEALED
BY ORDER OF THE COURT

isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1), and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

On or about January 31, 2004, in the District of Hawaii, Defendant, RICHARD ADKINS, knowingly and intentionally distributed approximately 0.107 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about February 2, 2004, in the District of Hawaii, Defendant, RICHARD ADKINS, knowingly and intentionally distributed approximately 0.196 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand

(1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

COUNT 4

The Grand Jury further charges that:

on or about February 13, 2004, in the District of Hawaii, Defendant, RICHARD ADKINS, knowingly and intentionally distributed approximately 0.165 grams of a mixture and substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school,

In violation of Title 21, United States Code, Sections 860(a), 841(a)(1) and 841(b)(1)(C).

DATED: _____10/6/04_____, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS C. KOENIG
Special Assistant U.S. Attorney