PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2006

at /0 o'clock and 05 min. A M
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: RICHARD ADKINS         Case Number: CR 04-00383JMS-01

Name of Sentencing Judicial Officer:   J. Michael Seabright
                                        U.S. District Judge

Date of Original Sentence: 7/14/2005

Original Offense:   <u>Counts 3 and 4</u>: DISTRIBUTION OF METHAMPHETAMINE WITHIN 1,000 FEET OF A SCHOOL, in violation of 21 U.S.C. § 860(a), a Class B felony

Original Sentence:  Fifteen (15) months imprisonment, as to each of Counts 3 and 4 of the Indictment, all such terms shall be served concurrently and six (6) years of supervised release, as to each of Counts 3 and 4 of the Indictment, all such terms shall be served concurrently, with the following special conditions: 1) that the defendant participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; 2) that the defendant provide the Probation Office access to any requested financial information; and 3) without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

<u>Type of Supervision:  Supervised Release   Date Supervision Commenced:  11/15/2005</u>

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*General Condition:*   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).

## CAUSE

Since the commencement of supervised release on 11/15/2005, the subject has been compliant and posed no management problems. He has maintained stable housing and employment. The subject is currently enrolled in outpatient substance abuse treatment and drug testing at Freedom Recovery Services and appears to be drug-free based on random urinalysis.

The subject has agreed to modify his conditions of supervised release to allow drug testing consistent with the mandates of *United States v. Stephens*. This modification is warranted when considering the subject's extensive substance abuse history. The revised condition will assist our office in monitoring the subject's future compliance once released from substance abuse treatment.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  8/7/2006

Prob 12B
(7/93)

3

---

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
J. MICHAEL SEABRIGHT
U.S. District Judge

_____August 9, 2006_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

*General Condition*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____    Signed: _____
JONATHAN K. SKEDELESKI                                     RICHARD ADKINS
U.S. Probation Officer                                              Supervised Releasee

7/26/06
Date